William Scott DAVIS, Jr.,
Plaintiff-Appellant,

v.

TOWN OF CARY NORTH CAROLINA;
Harold Weinbrecht, Mayor; State of
North Carolina; Wake County Public
School System; Patti Head; North
Carolina Department of Health & Human
Services; Albert Singer, Wake
County North Carolina County Attorney;
Triangle Family Services; Miles
Wright, Interim CEO, Defendants-Appellees.

No. 17-1511

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 24, 2017

William Scott Davis, Jr., Appellant Pro
Se.

Before DUNCAN and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district
court's order denying several post-judgment
motions in a closed civil action.
We have reviewed the record and find that
this appeal is frivolous. Accordingly, we
dismiss the appeal for the reasons stated
by the district court. *Davis v. Town of
Cary, N.C.,* No. 5:08-cv-00176-BO
(E.D.N.C. Apr. 10, 2017). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and argument
would not aid the decisional process.

*DISMISSED*